**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: PELVIC MESH LITIGATION | : | No. 206 EAL 2019 |
| | : | |
| | : | |
| PETITION OF: ETHICON, INC. AND | : | Petition for Allowance of Appeal |
| JOHNSON & JOHNSON | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.